# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VRAYLAR LITIGATION PARTNERSHIP, LLP, et al., <br><br> Plaintiff-Relator, <br><br> vs. <br><br> ALLERGAN, PLC, ALLERGAN USA, INC., ALLERGAN FINANCE, LLC. <br><br> Collectively, "Defendant." | Civil Case No: 2:20-cv-02311 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff-relator Vraylar Litigation Partnership, LLP and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against all defendants.

SO ORDERED.

_(signature)_
Hon. Susan D. Wigenton
United States District Judge
Dated: July 2, 2024

*/s/ Michael D. Fitzgerald*
Michael D. Fitzgerald, Esquire
Law Offices of Michael D. Fitzgerald
1 Industrial Way West, Unit B
Eatontown, New Jersey 07724
P.O. Box 1067
Oakhurst, New Jersey 07755
(732) 223-2200 – phone
mdfitz@briellelaw.com

W. Scott Simmer (*pro hac vice* pending)
ssimmer@baronbudd.com
William G. Powers (*pro hac vice* pending)

        wpowers@baronbudd.com
**BARON & BUDD, P.C.**
The Watergate, 10th Floor
600 New Hampshire Ave., NW
Washington, DC  20037
Telephone: (202) 333-4562
Facsimile: (202) 337-1039
*Attorneys for Plaintiff/Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024 a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was filed electronically via ECF and will be forwarded by U.S. mail to:

William P. Barr
Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Andrew A. Caffrey, III
Assistant U.S. Attorney
U.S. Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Xavier Becerra, Attorney General
California Department of Justice
Attn: False Claims Unit
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Phil Weiser, Attorney General
Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Robert B. Teitelman
Asst. Attorney General
State of Connecticut
55 Elm Street
Hartford, CT 06106-1774

Kathy Jennings, Attorney General
Department of Justice
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

Karl A. Racine
Attorney General
441 Fourth Street
Washington, DC 20001

Ashley Moody, Attorney General
Office of the Attorney General
Medicaid Fraud Control Unit
PL-01 The Capitol
Tallahassee, FL 32399

Jimmy Patronis, Chief Financial Officer
Office of the Chief Financial Officer
Florida Department of Financial Services
200 East Gaines St
Tallahassee, FL 32399-4247

Chis Carr, Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Clare E. Connors, Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Kwame Raoul, Attorney General
Office of the Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601

Curtis Hill, Attorney General
Office of the Attorney General
Indiana Government Center South
302 W. Washington St, 5th Fl
Indianapolis, IN 46204

Lori Torres, Inspector General
Office of the Inspector General
315 West Ohio Street, Rm. 104
Indianapolis, IN 46204

Thomas Miller, Attorney General
Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut St.
Des Moines, IA 50319

Jeffrey M. Landry, Attorney General
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804

Maura Healey, Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1518

Brian E. Frosh, Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202

Dana Nessel, Attorney General
Office of the Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa Street
Lansing, MI 48909

Keith Ellison, Attorney General
Office of the Attorney General
445 Minnesota St., Suite 1400
St. Paul, MN 55101-2131

Chris McConnell, Asst. Attorney General
Justice Building, Third Floor
215 North Sanders
Helena, MT 59620-1401

Aaron Ford, Attorney General
Office of the Attorney General
100 North Carson St.
Carson City, NV 89701

Gurbir S. Grewal, Attorney General
Office of the Attorney General
RJ Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080

Hector Balderas, Attorney General
Office of the Attorney General
PO Drawer 1508
Santa Fe, NM 87504-1508

Letitia James, Attorney General
ATTN: MFCU - False Claims
Office of the Attorney General, Managing
Clerk's Office
120 Broadway, 24th Fl.
New York, NY 10271

Matthew R. Petracca
Assistant Attorney General
North Carolina Department of Justice
5505 Creedmoor Road, Suite 300
Raleigh, NC 27612

| | |
|---|---|
| Mike Hunter, Attorney General<br>Office of the Attorney General<br>313 NE 21st St<br>Oklahoma City, OK 73105 | Peter Neronha, Attorney General<br>Office of the Attorney General<br>150 South Main St.<br>Providence, RI 02903 |
| Herbert H. Slatery, III, Attorney General<br>Office of the Attorney General and Reporter<br>PO Box 20207<br>Nashville, TN  37202-0207 | Ken Paxton, Jr., Attorney General<br>Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 |
| TJ Donovan, Attorney General<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 | Mark Herring, Attorney General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |
| Bob Ferguson, Attorney General<br>Office of the Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | Secretary of Justice<br>Commonwealth of Puerto Rico<br>P.O. Box 9020192<br>San Juan, PR, 00902-0192 |
| Anna M. Valencia<br>City Clerk<br>121 North LaSalle St. Room 107<br>Chicago, IL 60602 | Bertha Henry<br>Broward County Administrator<br>115 South Andrews Ave., Room 409<br>Fort Lauderdale, FL 33301 |
| Agent for Service of Process<br>Illinois Department of Insurance<br>320 W. Washington St.<br>Springfield, IL 62767 | Agent for Service of Process<br>California Department of Insurance<br>1901 Harrison Street<br>Oakland, CA 94612 |

*/s/ Michael D. Fitzgerald*
MICHAEL D. FITZGERALD, ESQUIRE